UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATAIN SPECIALTY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BAY STONE DEPOT, INC., et al.,<br><br>Defendants. | Case No. 24-cv-07541-NW<br><br>**ORDER VACATING ALL DATES AND DIRECTING PARTIES TO FILE DISMISSAL OR STATUS REPORT**<br><br>Re: ECF No. 68 |

On March 12, 2026, the parties filed a notice of settlement stating that the parties "reached a settlement" and requested that "the Court vacate all pending due dates and hearings and retain jurisdiction over this case until the Settlement Agreement is executed and a Stipulation for Dismissal can be entered." ECF No. 68. Plaintiff indicated that "the Stipulation for Dismissal will be entered within the next thirty (30) days." *Id.* Accordingly, all dates, including the June 24, 2026 pretrial conference and July 13, 2026 trial, are VACATED.

Parties shall file their stipulation of dismissal by Monday, April 13, 2026. The Court sets a compliance hearing regarding dismissal for Wednesday, April 29, 2026, at 10:00 a.m. in Courtroom 3, 5th Floor, Federal Courthouse, 280 South First Street, San Jose, California. If the case is not dismissed by the hearing date, the compliance hearing will be converted into an order to show cause why the case should not be dismissed. All parties shall file an objection to the order to show cause in writing by Wednesday, April 15, 2026. Counsel must appear at the hearing in person; no remote appearances will be permitted.

**IT IS SO ORDERED.**

Dated: March 16, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California