UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATAIN SPECIALTY INSURANCE COMPANY,

        Plaintiff,

    v.

BAY STONE DEPOT, INC., et al.,

        Defendants.

Case No. 24-cv-07541-NW

**ORDER DISCHARGING ORDER TO SHOW CAUSE AND VACATING HEARING**

Re: ECF No. 70

Having read and considered the stipulated notice of dismissal filed by Plaintiff Atain Specialty Insurance Company and Defendant Bay Stone Depot, Inc., the Court DISCHARGES the order to show cause and VACATES the April 29, 2026 hearing.

**IT IS SO ORDERED.**

Dated: April 10, 2026

Noël Wise
United States District Judge

United States District Court
Northern District of California